# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

144848 & (21)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 144848
                                     COA: 307325
                                     Leelanau CC: 11-001719-FH

DAVID CHARLES BOUWMAN,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 9, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012                               _____

p0514                                          Clerk